Larry W. Lee (State Bar No. 228175)
Kristen M. Agnew (State Bar No. 247656)
Nick Rosenthal (State Bar No. 268297)
**DIVERSITY LAW GROUP, P.C.**
515 South Figueroa Street, Suite 1250
Los Angeles, California 90071
(213) 488-6555
(213) 488-6554 facsimile

William L. Marder (State Bar No. 170131)
**Polaris Law Group LLP**
501 San Benito Street, Suite 200
Hollister, California 95023
(831) 531-4214
(831) 634-0333 facsimile

Attorneys for Plaintiff and the Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN JOSE DIVISION

| | |
|---|---|
| RAY DELGADO, as an individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MARKETSOURCE, INC., d/b/a MARYLAND MARKETSOURCE, INC., a Maryland corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 17-cv-07370-LHK<br><br>ORDER RE<br>**STIPULATION RE: PROVISION AND USE OF PUTATIVE CLASS MEMBERS' CONTACT INFORMATION**<br><br>Re: Dkt. No. 40 |

Pursuant to the Court's August 28, 2018 Order (Dkt. No. 29 at 6:4–11), the Parties have met and conferred regarding the process by which Plaintiff will obtain the contact information of putative class members.

1. The parties will make use of the *Belaire-West* notification process and have agreed upon the language of such a notice.

2. Defendant has already provided the contact information for putative class members to an agreed-upon third-party administrator to disseminate *Belaire-West* notice. This information was designated as CONFIDENTIAL and subject to the stipulated protective order. Dkt. No. 39 at 9:3–13.

3. To protect the confidentiality of putative class members' contact information, the parties have stipulated to, and this Court has entered, a protective order which provides:

> <u>Contact information and Employment Records for Putative Class Members and Allegedly Aggrieved Employees Shall Be Used in This Litigation Only and Are Prohibited from Use or Disclosure Otherwise</u>. Notwithstanding any other provisions herein, the parties recognize that the private contact information and employment records for some or all putative class members and allegedly aggrieved employees will be produced during the pendency of this litigation. None of the contact information or employment records of putative class members shall be used for any purpose outside of this litigation, and will not be disseminated to any third party under any circumstances, except where agreed to in writing by counsel for both parties or in accordance with the procedures set forth in this Stipulated Protective Order for the disclosure of documents and information designated as "CONFIDENTIAL" to authorized persons under section 7.2, or as required by law.

Dkt. No. 39 at 9:3–13.

DATED: October 8, 2018          EPSTEIN BECKER & GREEN, P.C.

                                By:   /s/ Michael S. Kun
                                     Michael S. Kun
                                     Kevin D. Sullivan
                                Attorneys for Defendant
                                MARKETSOURCE, INC.

**STIPULATION RE: PROVISION AND USE OF
PUTATIVE CLASS MEMBERS' CONTACT INFORMATION**

DATED: October 8, 2018                     DIVERSITY LAW GROUP, P.C.

                                           By:  /s/ Larry W. Lee
                                                Larry W. Lee
                                                Kristen M. Agnew
                                                Nicholas Rosenthal
                                           Attorneys for Plaintiff
                                           RAY DELGADO

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 9, 2018                     _____
                                           Hon. Virginia K. DeMarchi
                                           United States Magistrate Judge