UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAY DELGADO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MARKETSOURCE, INC.,<br><br>　　　　　Defendant. | Case No. 17-cv-07370-LHK (VKD)<br><br>**INTERIM ORDER RE DISCOVERY DISPUTE RE PAGA-RELATED DISCOVERY**<br><br>Re: Dkt. No. 59 |

In this action, plaintiff Ray Delgado asserts a claim under California's Private Attorneys General Act ("PAGA") against defendant MarketSource, Inc. ("MarketSource") for failure to pay final wages upon termination of employment, in violation of California Labor Code § 201. Mr. Delgado seeks the following discovery of MarketSource in connection with that claim:

1. The date of termination for each MarketSource employee who was involuntarily terminated during the PAGA period[1] (Interrogatory No. 17);

2. The date final wages were paid to each such employee (Interrogatory No. 18);

3. Copies of the paychecks reflecting the payment of final wages to each such employee (Request for Production No. 67);

4. Copies of the wage statements reflecting the payment of final wages to each such employee (Request for Production No. 68).

Dkt. No. 59 at ECF 9, 12.

The Court conducted a hearing on this dispute on April 23, 2019. At the hearing, Mr. Delgado represented that he recently identified and disclosed to MarketSource the names of five former employees who contend that they were not paid final wages upon termination of their

---

[1] The parties agree that the period of time encompassed by Mr. Delgado's PAGA claim is September 26, 2016 to the present.

employment. Dkt. No. 64. MarketSource contends that for at least two of those employees, their employment was terminated before commencement of the PAGA period. *Id.*

MarketSource objects to Mr. Delgado's discovery requests on several grounds, including that the discovery is not proportional to the needs of the case because it would require investigation of the termination dates and final wage payment dates for 963 former employees. This argument is very similar to MarketSource's principal argument in support of its pending motion to strike Mr. Delgado's PAGA claim. *See* Dkt. No. 52. The parties appear to agree that Judge Koh's decision with respect to the motion to strike may moot this discovery dispute in its entirety, and at the very least will inform its resolution.

The Court defers ruling on this discovery dispute at this time. However, if the decision on the motion to strike does not moot the relief Mr. Delgado seeks here, the parties should be prepared, upon further order of the Court, to confer about and update the Court regarding the following matters which are presently not addressed in the joint discovery submission:

1. The time required for MarketSource to provide responsive information and documents with respect to the five employees identified in Mr. Delgado's amended initial disclosures;
2. A procedure for assessing whether the termination and final wage payment data in MarketSource's records (i.e. the PeopleSoft system) for a given terminated employee requires further investigation (e.g., whether a query of the PeopleSoft system reflects an apparent violation that may be due to data entry errors), and if so, what amount of time MarketSource would require to conduct such further investigation;
3. If MarketSource contends that such further investigation would be prohibitively burdensome, a method for investigating and producing data for a statistically significant sample of the relevant terminated employees.

**IT IS SO ORDERED.**

Dated: April 23, 2019



VIRGINIA K. DEMARCHI
United States Magistrate Judge

2