UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RAY DELGADO,

          Plaintiff,

    v.

MARKETSOURCE, INC.,

          Defendant.

Case No.17-cv-07370-LHK (VKD)

**ORDER RE MAY 3, 2019 DISCOVERY ORDER**

      In view of the parties' pending submission regarding their settlement of this matter (Dkt. No. 79), the undersigned continues the discovery production deadline set in the May 3, 2019 order (Dkt. No. 71) to **May 17, 2019**, and continues the parties' discovery status report deadline to **May 20, 2019.**

      **IT IS SO ORDERED.**

Dated:  May 10, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge