UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAY DELGADO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARKETSOURCE, INC.,<br><br>　　　　　Defendant. | Case No. 17-CV-07370-LHK<br><br>**JUDGMENT** |

On August 28, 2019, the Court granted Plaintiff's motion for approval of the second amended settlement. ECF No. 104. Accordingly, the Clerk shall enter judgment. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 28, 2019

_____
LUCY H. KOH
United States District Judge

Case No. 17-CV-07370-LHK
JUDGMENT